Rafiq A. Sabir                   (        12 Civ. 8937 (LAP)
                                 (
                                 (
                                 (
        v.                       (        05 Cr. 673 (LAP)
                                 (
                                 (        USDC SDNY
                                 (        DOCUMENT
                                 (        ELECTRONICALLY FILED
United States of America         (        DOC# _____
                                 (        DATE FILED: 8/26/2014

_____

### Motion For Leave To Amend 28 USCS §2255

Dr. Rafiq Sabir filed a timely §2255 Motion 30 November 2012
and now asks the Court's leave to amend by adding Ground Seven
as described below.


GROUND SEVEN:

Dr. Sbir was convicted in June 2007 of:  Count One, conspiring to
and Count Two, attempting to provide material support to al-Qaeda
in violation of 18 USCS §2339B.  On 28 November 2007 Dr. Sabir
was sentenced to a general sentence of 300 months.  See Sentencing
Transcript p.47 lines 1,2.  (Excerpt hereto attached.)  The
maximum for each count is 180 months.  See 18 USCS §2339B.  The
Court must render a separate sentence on each count.  See USSG §5 1.2.
Therefore the 300 month sentence was imposed illegally and in vio-
lation of the law.  See United States v. Maynagh, 566 F.2d 799
(1st Cir. 1977); United States v. Moriarty, 429 F.3d 1012 (11th Cir.
2005); United States v. Ward, 626 F. 3d 179 (3d Cir. 2010).


A challenge to a sentence imposed illegally can never be forfeited
or time-barred. United States v. Zakrzewski, 462 Fed. Appx. 421
(4th Cir. 2012); United States v. Zuno-Arce, 25 F.Supp. 2d 1087,
1120-22 (CD Cal. 1998).

AUG 2 6 2014


PRO SE OFFICE

7bszabs                          Sentence

1    out by Mr. Wilford, it is my intention to impose a sentence of

2    300 months.  It is my intention to impose a period of

3    supervised release of two years on each count to run

4    concurrently.  It is my intention to impose the recommended

5    special conditions of supervised release of providing requested

6    financial information and submission to a search.

7            It is not my intention to impose a fine on the

8    findings of the presentence report, which I agree with, that

9    the defendant is not able to address a fine.  It is my

10   intention to impose the mandatory $200 special assessment.

11           Counsel, is there any reason such a sentence should

12   not be imposed?

13           MS. RODGERS:  No, your Honor.

14           MR. WILFORD:  Other than we've already argued, your

15   Honor, no.

16           THE COURT:  Yes, sir, thank you.

17           Very well, then.  Dr. Sabir, you are sentenced, sir,

18   to a period of 300 months incarceration.  Following that time,

19   you'll spend a period of two years on supervised release.

20   During that period, you will comply with all of the standard

21   terms and conditions of supervised release.  Among them are

22   that you not commit another federal, state or local crime, you

23   not illegally possess a controlled substance, and you not

24   possess a firearm or other destructive device.

25           In addition, sir, during that period, and in addition

## CERTIFICATE OF SERVICE:

I, __Rafiq Sabir_____, certify under the penalty

of perjury, that a true and correct copy of the foregoing has

been placed in the FCI, mailbox, in Danbury, CT, 06811, on this

__21__ day of __August____, year 20__14__, in accordance with the

prison mailbox rule. __Houston v. Lack, 487 US. 266(1988)__. This

enclosed motion is deemed filed upon placement in the prison

mail room, and mailed to the following:


____United States Attorney_____

____United States Courthouse Annex____

____One Saint Andrews Plaza_____

____New York, New York   10007-1701__

_____


So Served,

_M̸ N̸_
_____


## UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY

I certify under penalty of perjury under the laws of the United

States that the foregoing is true and correct. Executed __21 August 2014__

Name: Rafiq Sabir

Reg: 55312-066

Address: FCI Danbury  Route 37. Danbury, Connecticut, 06811   Merchant



RAFIQ SABIR #55312-066
Federal Correctional Institution
Route 37
Danbury, Connecticut 06811

⟡55312-066⟡
Clerk Of Court   SDNY
500 Pearl ST
NEW YORK, NY 10007-1312
United States

WESTCHESTER NY 105

24 AUG 2014 PM 1 L

PRO SE ATTORNEY
8/21/14

USM3 SDNY

SPECIAL MAIL - LEGAL MAIL
DO NOT OPEN

10007131699