UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -versus-<br><br>RAFIQ SABIR,<br><br>             Defendant. | 05 Cr. 0673 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has received Defendant Sabir's motion for compassionate release (dkt. no. 261).  The Govermnent shall submit a response by letter no later than July 17.  Mr. Sabir may file a reply by no later than July 31.

**SO ORDERED.**

Dated:   June 26, 2020
         New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA, U.S.D.J.