UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -against-

RAFIQ SABIR,

           Defendant.

No. 05-CR-673 (LAP)

No. 12-CV-8937 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Mr. Sabir's amended motion [dkt. no. 273 in 05-CR-673; dkt. no. 61 in 12-CV-8937] to proceed with his appeal in forma pauperis is GRANTED.  Mr. Sabir's original motion [dkt. no. 272 in 05-CR-673; dkt. no. 60 in 12-CV-8937] is DENIED as moot.

**SO ORDERED.**

Dated:  December 15, 2020
       New York, New York

                                       */s/ Loretta A. Preska*
                                       LORETTA A. PRESKA, U.S.D.J.